UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA MASON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:10-cv-00218-WMA |
| ) | |
| JULIAN McPHILLIPS, et al., ) | |
| ) | |
| Defendants ) | |

## **MEMORANDUM OPINION**

On September 28, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  On October 13, 2010, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, the court finds and concludes that defendants' Motion to Dismiss (Doc. #7) is due to be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 25th day of January, 2011.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```